UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAKOTA HUTCHINSON                                          CIVIL ACTION
*on behalf of* ARRIE HUTCHINSON

VERSUS

ANDREW SAUL,                                               NO. 20-00334-BAJ-SDJ
*Acting Commissioner of*
*Social Security*

### RULING AND ORDER

Before the Court is Plaintiff Dakota Hutchinson's Social Security Appeal, filed on behalf of his deceased father, Arrie Hutchinson. (Doc. 1). Plaintiff seeks judicial review of the Commissioner of the Social Security Administration's final decision denying Hutchinson's application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (*Id.*). The Commissioner opposes Plaintiff's Appeal. (Doc. 17). Plaintiff filed a Reply. (Doc. 18). Plaintiff also filed a Motion for Summary Judgment. (Doc. 13).

The Magistrate Judge issued a **Report and Recommendation (Doc. 19)**, recommending that the Court affirm the Commissioner's decision, deny Plaintiff's Motion for Summary Judgment (Doc. 13), and dismiss Plaintiff's Appeal with prejudice. (Doc. 19, p. 21).

There are no objections to the Report and Recommendation.[1]

---

[1] The Magistrate Judge emphasized the following in the Report and Recommendation:

> Under 28 U.S.C. § 636(b)(1), you have 14 days from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the

1

Having carefully considered the underlying appeal, Motion for Summary Judgment, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Commissioner's decision be and is hereby **AFFIRMED.**

**IT IS FURTHER ORDERED** that **Plaintiff's Motion for Summary Judgment (Doc. 13)** is **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE.**

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 16th day of March, 2022

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

No timely objection was filed.

2